761 A.2d 538

IN THE MATTER OF PHILIP L. KANTOR,
AN ATTORNEY AT LAW.

November 22, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **PHILIP L. KANTOR** of **WILLIAMS-TOWN**, who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 3.3(a)(1) (making a false statement of material fact or law to a tribunal), *RPC* 3.3(a)(4) (offering evidence the lawyer knows to be false) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **PHILIP L. KANTOR** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.